UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN JUDAH MICHALEK,<br><br>                Plaintiff,<br><br>    v.<br><br>PORT TOWNSEND POLICE DEPARTMENT, et al.,<br><br>                Defendant. | CASE NO. 3:19-CV-6170-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: December 11, 2020 |

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Brian Judah Michalek, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on December 5, 2019. *See* Dkt. 1. As Plaintiff has failed to file a second amended complaint and failed to keep the Court advised of his current address, the Court recommends dismissing this action without prejudice.

      The relevant procedural history shows that, on July 31, 2020, the Court declined to serve Plaintiff's Amended Complaint and directed Plaintiff to file an amended complaint on or before August 31, 2020 ("Order"). Dkt. 24. On August 31, 2020, Plaintiff filed a Motion for Extension, requesting a 30-day extension in his case because he has been released from custody and was moving to another state. Dkt. 27. The Court granted Plaintiff an extension of time and directed

REPORT AND RECOMMENDATION - 1

1  him to file an amended complaint or otherwise respond to the Order on or before October 2,

2  2020. Dkt. 29. The Court warned that it would recommend this case be dismissed if Plaintiff

3  failed to file a response to the Order by October 2, 2020. *Id*. The Court also stated no additional

4  extensions of time would be granted absent extraordinary circumstances. *Id*.

5  The Order was returned as undeliverable on September 18, 2020. Dkt. 30. On September

6  23, 2020, the Court directed Plaintiff to notify the Court of his current mailing address on or

7  before November 17, 2020. Dkt. 31. The Court warned Plaintiff that failure to notify the Court of

8  his updated address by the deadline would result in a recommendation of dismissal. *Id*. The

9  September 23, 2020 Order was also returned to the Court as undeliverable. Dkt. 32.

10  Plaintiff has failed to comply with the Court's September 3 and September 23, 2020

11  Orders. He has not filed an amended complaint, which was due on October 2, 2020, correcting

12  the deficiencies contained within the Amended Complaint. He has also not provided the Court

13  with his current address. As Plaintiff has failed to respond to the Court's Orders and prosecute

14  this case, the Court recommends this case be dismissed without prejudice.

15  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

16  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

17  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

18  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

19  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

20  December 11, 2020, as noted in the caption.

21  Dated this 23rd day of November, 2020.

David W. Christel
United States Magistrate Judge